### 2212.  JORDAN *v.* THE STATE.

RUSSELL, J.  When the charge of the court is considered as a whole, the exceptions thereto are without merit.  The evidence authorized, even if it did not demand, the verdict, which received the approval of the trial judge; and there is no reason for reversing the judgment refusing another trial.  *Judgment affirmed.*

Indictment for kidnapping; from Cobb superior court—Judge Morris.  October 9, 1909.

Argued November 16,—Decided December 24, 1909.

*Moore & Moore, W. C. Munday,* for plaintiff in error.

*J. P. Brooke, solicitor-general,* contra.